# United States District Court
## for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

APPLE INC.

Plaintiff

vs.

FORTRESS INVESTMENT GROUP LLC,

Defendant

Case Number

Miscellaneous Action No. ___

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

SEVEN Networks, LLC

Plaintiff

vs.

Apple Inc.

Defendant

Case Number

2:19-cv-115-JRG (E.D. Tex.)

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case is a patent infringement action pending in the Eastern District of Texas. Discovery is currently set to close on June 1 2020, and trial is currently set for November 2, 2020. Apple is a defendant in that action.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In November 2019, defendant Apple Inc. served a Rule 45 subpoena on third party Fortress Investment Group LLC, with the issuing court being the Eastern District of Texas and the place of compliance being the Southern District of New York.

Signature: _____    Date: 04-09-2020

Firm: Fish & Richardson P.C.

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of records.

This 9th day of April 2020.

*/s/Kim McKasty*
Kim McKasty
